# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HON LAU,<br><br>      Petitioner,<br><br>      v.<br><br>K. HARRINGTON, Warden,<br><br>      Respondent. | NO. CV 11-0583 JSL (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: Feb. 23, 2011.

*/s/ Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE